UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Government,<br><br>  -against-<br>Mamajam Balde,<br><br>                    Defendant. | 25-mj-01476-UA-1<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

   The status conference set for June 30, 2025 at 11 AM in front of Judge Robyn F. Tarnofsky is cancelled.

DATED:  June 27, 2025
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge